| | |
|---|---|
| 1 | HARVEY SISKIND LLP |
| | LAWRENCE J. SISKIND (SBN 85628) |
| 2 | siskind@harveysiskind.com |
| | RAFFI V. ZEROUNIAN (SBN 236388) |
| 3 | rzerounian@harveysiskind.com |
| 4 | Four Embarcadero Center, 39th Floor |
| | San Francisco, CA 94111 |
| 5 | Telephone:     415.354.0100 |
| | Facsimile:     415.391.7124 |
| 6 | |
| 7 | Attorneys for Plaintiff, |
| | Channel Enablers USA, LLC |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| CHANNEL ENABLERS USA, LLC., a California limited liability company,  )<br>) | Case No.: 08-02475 WHA |
| Plaintiff,  )<br>) | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v.  )<br>) | |
| EH PUBLISHING, INC., a Texas corporation;  )<br>NASBA CAPITAL, INC., a Georgia corporation; and DOES 1-10,  )<br>) | |
| Defendants.  )<br>) | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Channel Enablers International Pty Ltd. (Plaintiff's parent company).

Dated: May 15, 2008

HARVEY SISKIND LLP
LAWRENCE J. SISKIND
RAFFI V. ZEROUNIAN

By: _____/s/_____

Raffi V. Zerounian

Attorneys for Plaintiff
CHANNEL ENABLERS USA, LLC

- 2 –