AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| CHANNEL ENABLERS USA, LLC | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| EH PUBLISHING, INC., et al. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   NASBA CAPITAL, INC.
            *(Defendant's name)*

A lawsuit has been filed against you.

    Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

HARVEY SISKIND LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA  94111
(415) 354-0100

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____

                                                                                Richard W. Wieking
                                                                                Name of clerk of court

                                                                                _____
                                                                                Deputy clerk's signature

                                                                                MARY ANN BUCKLEY

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
STATE OF CALIFORNIA

CHANNEL ENABLERS USA, LLC

          Plaintiff,

vs.

EH PUBLISHING, INC., ET AL

          Defendant.

CIVIL ACTION
CASE NO.: C 08-02475 WHA

### AFFIDAVIT OF SERVICE

COMES NOW, DENNIS W. NOWIK, a United States citizen and over the age of 18 years, before the undersigned officer duly authorized to administer oaths, and, being sworn on oath, deposes and states as follows:

1.

I served THE MLF COMPANY SUPPORT, LLC with the below-listed documents in this matter, at 1950 NORTH PARK PLACE, 400, ATLANTA, GA 30339, on May 20, 2008, at 10:00 AM:

SUMMONS/COMPLAINT

Said documents were served by handing to JOANNA HETRICH, Administrative Assistant.

2.

Sworn to and subscribed before me this the 23rd day of May, 2008

_____
Notary Public

_____
DENNIS W. NOWIK

NATIONWIDE LEGAL SUPPORT, INC.
18226 VENTURA BLVD., SUITE 208
TARZANA, CA 91356
TEL (877) 944-0474
FAX (818) 774-1576

[Notary Seal: ADRIENNE LEWIS, NOTARY PUBLIC, DEKALB COUNTY, GEORGIA, EXPIRES OCT. 25, 2010]