1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (SBN 85628)
2  siskind@harveysiskind.com
   RAFFI V. ZEROUNIAN (SBN 236388)
3  rzerounian@harveysiskind.com
   Four Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
5  Telephone:   415.354.0100
   Facsimile:   415.391.7124
6
7  Attorneys for Plaintiff,
   Channel Enablers USA, LLC
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANNEL ENABLERS USA, LLC., a California limited liability company, | Case No.: 08-02475 WHA |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| EH PUBLISHING, INC., a Texas corporation; NASBA CAPITAL, INC., a Georgia corporation; and DOES 1-10, | |
| Defendants. | |

1
2          Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Channel Enablers
3    USA, LLC ., hereby dismisses this action with prejudice.
4    Dated:  August 6, 2008                    HARVEY SISKIND LLP
                                               LAWRENCE J. SISKIND
5                                              RAFFI V. ZEROUNIAN
6
7                                              By: _____/s/_____
8                                                    Raffi V. Zerounian
9                                              Attorneys for Plaintiff
                                               CHANNEL ENABLERS USA, LLC
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                               - 2 –
28

NOTICE OF VOLUNTARY DISMISSAL                                    Case No. 08-02475 WHA